Justice EAKIN and Justice BALDWIN join this opinion.

■

**Donald W. MARVIN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 28, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July 2006, we hereby **AFFIRM** the Order of the Commonwealth Court.